

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00252-CV

**WISESTAFF, LLC**,
Appellant

v.

**MEDTRUST, LLC**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI09614
Honorable Laura Salinas, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of appeal are assessed against appellant.

SIGNED June 22, 2022.

_____
Lori I. Valenzuela, Justice